UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE LONDO, | CASE NO. C23-0797-KKE |
| Plaintiff(s), | ORDER GRANTING STIPULATED MOTION TO CONTINUE |
| v. | |
| FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY, | |
| Defendant(s). | |

This matter comes before the Court on the parties' stipulated motion to continue the trial date. Dkt. No. 13. Based on the parties' agreement that unanticipated scheduling conflicts necessitate continuing the trial date, the Court GRANTS the motion. The unexpired case deadlines (Dkt. No. 10) are VACATED, and a new case schedule will be entered in accordance with the Court's availability.

Dated this 19th day of March, 2024.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE - 1