UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIE LONDO,

               Plaintiff(s),

   v.

FARMERS PROPERTY AND CASUALTY
INSURANCE COMPANY,

              Defendant(s).

CASE NO. C23-0797-KKE

ORDER EXTENDING EXPERT WITNESS
DISCLOSURE/REPORTS DEADLINE

The parties requested a discovery conference based on a disagreement as to whether the expert witness disclosure/reports deadline, which expired on August 19, 2024, should be extended. *See* Dkt. Nos. 15, 18. The Court held a conference on September 23, 2024, and GRANTS Defendant's request (Dkt. No. 18) to extend the expert witness disclosure/reports deadline for the limited purpose of allowing Defendant to retain a mental health expert and obtain an expert report. The deadline is extended to October 23, 2024, and the parties are encouraged to cooperate to the extent possible to adhere to the remainder of the case schedule. All other unexpired case deadlines (Dkt. No. 15) remain in effect.

Dated this 24th day of September, 2024.

Kymberly K. Evanson
United States District Judge

ORDER EXTENDING EXPERT WITNESS DISCLOSURE/REPORTS DEADLINE - 1