UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIE LONDO,

                Plaintiff,

v.

FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY,

                Defendant.

No. 2:23-cv-00797-KKE

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY

**STIPULATION**

Plaintiff Julie Londo and Defendant Farmers Property and Casualty Insurance Company, by and through their undersigned counsel, hereby stipulate that all the claims and causes of action in this matter against Farmers Property and Casualty Insurance Company have been settled and shall be dismissed with prejudice, with each party bearing their own attorney's fees, costs, and expenses.

\\

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE AND WITHOUT
COSTS AS TO DEFENDANT FARMERS PROPERTY
AND CASUALTY INSURANCE COMPANY - 1
No. 2:23-cv-00797-KKE

DATED this 2nd day of December, 2024.

                    NICOLL BLACK & FEIG PLLC

By: /s/ Matthew Erickson
Matthew Erickson, WSBA # 43790
1325 4th Ave, Suite 1650
Seattle, WA 98101
Phone: 206-838-7555
merickson@nicollblack.com
Attorney for Defendant Farmers Property and Casualty Insurance Company

BORIS DAVIDOVSKIY, P.C.
*Per 11/29/24 E-Mail Authorization*

By: /s/ Boris Davidovskiy
Boris Davidovskiy, WSBA No. 50593
6100 219th Street SW, Suite 2050
Mountlake Terrace, WA 98043
Phone: 425-582-5200
boris@davidovskiylaw.com
Counsel for Plaintiff

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE AND WITHOUT
COSTS AS TO DEFENDANT FARMERS PROPERTY
AND CASUALTY INSURANCE COMPANY - 2
No. 2:23-cv-00797-KKE

**ORDER OF DISMISSAL**

The Court GRANTS the parties' stipulated motion (Dkt. No. 24) and hereby ORDERS:

1. All the claims and causes of action in this matter against Farmers Property and Casualty Insurance Company are dismissed with prejudice; and

2. Each party shall bear its own attorney's fees, costs, and expenses.

DATED this 2nd day of December, 2024.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE AND WITHOUT
COSTS AS TO DEFENDANT FARMERS PROPERTY
AND CASUALTY INSURANCE COMPANY - 3
No. 2:23-cv-00797-KKE